UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                Case No. 8:07-cv-970-T-24 MSS

WILLIAM R. VIDIA, GLENN E. KLINE,
and PATRICIA KLINE,

      Defendants.
_____/

## ORDER

      This cause comes before the Court on Plaintiff, the United States of America's Application for Entry of Default against Defendant Glenn E. Kline, pursuant to Rule 55 of the Federal Rules of Civil Procedure. Defendant Glenn E. Kline has failed to answer or otherwise respond to the United States' complaint within the extended period. As such, the Court directs the Clerk to enter a default against Defendant Glenn E. Kline.

      **DONE AND ORDERED** at Tampa, Florida, this 6th day of November, 2007.

                                                                     SUSAN C. BUCKLEW
                                                                     United States District Judge

Copies to:
Pro Se Plaintiff