UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      Case No.  8:07-cv-970-T-24MSS

WILLIAM R. VIDIA and
GLENN E. KLINE,

      Defendants.
_____/

## ORDER

This cause comes before the Court on the United States of America's Motion for Partial Relief from Local Rule 9.05(c).  (Doc. No. 21.)  Local Rule 9.05(c) states that "[u]nless otherwise excused by the presiding judge in writing, all parties . . . shall be present at the Mediation Conference with full authority to negotiate a settlement."  The United States requests that it instead have trial counsel attend the mediation conference in person and have trial counsel's Section Chief or a designee thereof be available by telephone.

Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the United States of America's Motion for Partial Relief from Local Rule 9.05(c) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of February, 2008.

Copies to:
Counsel of Record
Pro Se Defendant

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge