UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                                          Case No. 8:07-cv-970-T-24 MSS

WILLIAM R. VIDIA and
GLENN E. KLINE,

       Defendants.
_____

## O R D E R

This cause comes before the Court on the United States of America's Motion for

Summary Judgment.  (Doc. No. 27.)  Defendant William R. Vidia has failed to file a timely

response in opposition, and therefore the Court considers the Motion to be unopposed.  The

Court concludes that the United States is entitled to summary judgment, for the reasons stated in

its motion.  Specifically, the Court finds that the undisputed material facts of record show that

William R. Vidia is indebted to the United States for 1996, 1997, 1998, 1999, and 2003 federal

income tax liabilities in the amount of $111,011.06, plus interest from February 29, 2008, at the

rate established by 26 U.S.C. §§ 6621 and 6622.  Additionally, the Court finds that the federal

tax liens should be foreclosed upon the residence of William R. Vidia, located at 6810 Heron

Lane, Hudson, Florida.

Accordingly, the United States of America's Motion for Summary Judgment (Doc. No.

27) is **GRANTED** on its merits and because Defendant William R. Vidia has failed to timely

oppose the Motion.  The Clerk is directed to enter judgment in favor of the United States,

terminate all pending motions, and close this case.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of March, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge